**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

FILED
4:50 pm, 9/30/24
U.S. Magistrate Judge

| | |
|---|---|
| SILVIA RUTH PEREZ, a/k/a SILVIA RUTH SAHINO CANO, individually, and as the Wrongful Death Representative of Ociel Ponce Perez, deceased; and as the duly appointed representative of the Probate Estate of Ociel Ponce Perez, deceased;<br><br>     Plaintiff,<br><br>v.<br><br>TETON COUNTY HOSPITAL DISTRICT, d/b/a ST. JOHN'S HEALTH; ERIC A. WIEMAN, M.D., in his individual capacity; GENERAL SURGERY CLINIC, a Wyoming partnership or Corporation or Governmental Entity; TOBIN S. DENNIS, M.D., in his individual capacity; EMERGENCY MEDICINE of JACKSON HOLE, a Wyoming Limited Liability Company; DAVID K. BIGELOW, M.D., in his individual capacity; JACKSON HOLE MEDICAL IMAGING, P.C., a Wyoming corporation; and JOHN/JANE DOES I-X, real names unknown, in their individual capacities,<br><br>     Defendants. | Civil Action No. 24-CV-139 |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

**THIS MATTER** having come before the Court upon Defendants Emergency Medicine of Jackson Hole, LLC and Tobin Dennis, M.D.'s, *Unopposed Motion for Extension of Time*, and good cause having been shown therefor;

**IT IS HEREBY ORDERED** that Defendants Emergency Medicine of Jackson Hole, LLC and Tobin Dennis, M.D., shall have up to and including October 18, 2024, to respond to Plaintiff's Complaint.

DATED this 30th day of September, 2024.

BY THE COURT:

*Stephanie Hambrick*
Stephanie A. Hambrick
UNITED STATES MAGISTRATE JUDGE
